**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 131 EAL 2020

               Respondent           :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

               v.                         :

                                      :

JAMAL T. ADAMS,                   :

               Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.